IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-cv-02737-WYD-MJW

GE COMMERCIAL FINANCE (HONG KONG) LIMITED,

    **Petitioner,**

v.

TANDBERG DATA CORPORATION,

    **Respondent.**

LAFE TECHNOLOGY (HONG KONG), LTD.,

    **Interested Party.**

---

ORDER GRANTING PETITIONER'S APPLICATION FOR ISSUANCE OF SUBPOENAS UNDER 28 U.S.C. § 1782(a) (Docket No 1)

---

This matter comes before the Court upon the Application of GE Commercial Finance (Hong Kong) Limited for the Issuance of a Subpoena under 28 U.S.C. 1782(a) to Tandberg Data Corporation for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding (the "Application"). The Court grants the Application of GE Commercial Finance (Hong Kong) Limited for the Issuance of a Subpoena under 28 U.S.C. 1782(a) to Tandberg Data Corporation for the Taking of a Deposition and the Production of Documents for Use in a Foreign Proceeding.

DEN-38201-1

Dated this 28TH day of October, 2013.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO