IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02737-RM-MJW

GE COMMERCIAL FINANCE (HONG KONG) LIMITED,

Petitioner,

v.

TANDBERG DATA CORPORATION,

Respondent,

LAFE TECHNOLOGY (HONG KONG) LTD.,

Interested Party.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that this case is reopened for the limited purpose of addressing the Joint Motion for Entry of Protective Order (docket no.13) finding good cause shown.

    It is FURTHER ORDERED that the Joint Motion for Entry of Protective Order (docket no.13) is GRANTED finding good cause shown.  The written Stipulated Confidentiality Agreement and Protective Order (docket no. 13-1) is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: July 28, 2014